UNITED STATES DISTRICT COURT
OF WEST VIRGINIA

BOP Administrative Claim No. TRT-MXR-2018-05702

MELINDA Smith,   )
  )
   Petitioner,   )   1:19-cv-00282
  )
  )   REQUEST FOR EXTENSION OF TIME
  )   TO FILE CLAIM UNDER THE FEDERAL
v.   )   TORT CLAIMS ACT
  )
  )
FEDERAL BUREAU OF PRISONS,   )
  )
   Respondent.   )
  )
  )

FILED
APR 15 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## REQUEST FOR EXTENSION OF TIME TO FILE CLAIM UNDER THE FEDERAL TORT CLAIMS ACT

NOW COMES, Melinda Smith, Pro Se Petitioner, ("Smith"), respectfully requesting an extension of time to file her claim under the Federal Tort Claims Act.

At the present time Petitioner Smith is incarcerated at Alderson Federal Prison Camp which makes it extremely difficult to gather all of the necessary Medical Records that is needed from three different entities to prepare her case.

Petitioner prays that the Court will allow an additional six-month extension of time to file.

Respectfully submitted,

_/s/ Melinda Smith 18930-084_
Melinda Smith
Pro Se Litigant

_April 11, 2019_
(date)

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion has been placed in the legal mailing system with prepaid postage to be placed in the U.S. Postal Service to be delivered to the following:

Clerks Office
United States District Court of West Virginia
Elizabeth Kee Federal Building
601 Federal Street, Rm. 2303
Bluefield, WV 24701

U.S. Department of Justice
Federal Bureau of Prisons
Mid-Atlantic Regional Office
302 Sentinel Drive - Suite 200
Annapolis JUnction, MD  20701

_____          April 11, 2019
Melinda Smith - #18930-084              (date)
Alderson Federal Prison Camp
P.O. Box A - Glen Ray Road
Alderson, West Virginia  24901



Melinda Smith 18930-084
Range A-1
Federal Prison Camp- Alderson
PO Box H
Alderson, WV 24910

90650-083
United Dist Court Of Wv
601 Federal ST
Room 2303- Clerks Office
Bluefield, WV 24701
United States